IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

HO SHING ENTERPRISES )
)
                              Plaintiff, )  CASE NO:  2020-cv-2163
)
vs. )
)
OHIO SECURITY INSURANCE COMPANY, )
)
                              Defendant. )
_____ )

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1332 and 28 U.S.C. §§1441 and 1446, Defendant Ohio Security Insurance Company ("Ohio"), by counsel, hereby files its Notice of Removal for this action to the U.S. District Court for the Northern District of Illinois, and in support thereof states as follows:

### Procedural Background

1.      On March 11, 2020, Plaintiff Ho Shing Enterprises ("Ho Shing") filed a complaint in the Circuit Court of Cook County, Illinois, Case Number 2020-L-002942, styled *Ho Shing Enterprises v. Ohio Security Insurance Company* (the "Complaint").

2.      Ohio was served with the Complaint on March 16, 2020.

### Removal Requirements

3.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

4.      Venue is proper in the U.S. District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1446(a), as the state court action originated in Cook County, IL.

5.     Ohio was the named Defendant in the Complaint filed in Cook County, Illinois.  True and legible copies of all process, pleadings, orders and other papers or exhibits filed with the state court in this action are attached hereto as Exhibit "A", in accordance with 28 U.S.C. § 1446(a).

6.     A copy of this Notice of Removal will be filed by Ohio with the state court where this action is pending promptly after the filing of this Notice of Removal, pursuant to 28 U.S.C. §1446(d).

7.     Upon receiving a file-marked copy of this Notice of Removal, Ohio will serve a file-marked copy of this Notice of Removal upon counsel for Plaintiff.

### Removal is Timely

8.     A notice of removal is timely filed when it is filed within 30 days after receipt by the defendant of an initial pleading.  28 U.S.C.A. § 1446(b)(1); (b)(3).

9.     Pursuant to 28 U.S.C. §1446(b)(3), the time for filing the notice of removal commenced March 16, 2020, and Notice of Removal is due thirty days from March 16, 2020, or April 16, 2020.  Thus, this Notice of Removal is timely.

### Diversity of Citizenship

10.     Complete diversity of citizenship exists between Ho Shing and Ohio.

11.     For diversity purposes, the citizenship of the litigant is determinant.  *Leoris v. Chicago Title Land Tr. Co.*, No. 18-CV-02575, 2018 WL 2689129 (N.D. Ill. June 5, 2018); *S.E.C. v. Cherif*, 933 F.2d 403 (7th Cir. 1991).

12.     At the time of the filing of the Complaint and at the time of removal, Ho Shing Enterprises was an Illinois Corporation.

13.     According the Illinois Secretary of State, Ho Shing Enterprises Limited, Inc., is a domestic corporation, incorporated in the State of Illinois.   Ho Shing

2

Enterprises Limited's principal place of business is located at 2701 Grant Avenue, Bellwood, Illinois.

14.     At the time of the filing of the Complaint and a the time of removal, Ho Shing Enterprises was a citizen of Illinois for diversity purposes.

## Ohio Security Insurance Company

15.     Ohio Security Insurance Company is a legal corporation, incorporated in the state of New Hampshire.

16.     For diversity jurisdiction purposes, a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.  *See* 28 U.S.C. § 1332.

17.     At the time of the filing of the Complaint and continuing to present, Ohio was and is organized under the laws of the State of New Hampshire.

18.     At the time of the filing of the Complaint and continuing to present, Ohio maintained and continues to maintain its principal place of business in Boston, Massachusetts.

19.     Accordingly, for diversity purposes, Ohio is a citizen of New Hampshire and Massachusetts for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

20.     Based on the above, complete diversity of citizenship exists between Ho Shing and Ohio.

## Amount-In-Controversy

21.     The amount in controversy is in excess of this Court's jurisdictional minimum of $75,000, exclusive of interest and costs.

22.     While the Complaint seeks damage in excess of $30,000.00, plus prejudgment interest and costs, this is a jurisdictional statement for the state court action and is not a reflection of the amount in controversy in this case.

23.     Plaintiff brought this breach of contract case alleging that Ohio failed to make payments due under a policy of insurance.  Ho Shing Enterprises is the named insured on the policy, which provides property insurance coverage subject to the policy's terms, conditions, limitations, and exclusions, for the property located at 2701 Grant Avenue, Bellwood, Illinois 60104.

24.     Plaintiff filed a claim with Defendant under the policy for damages to the property alleged to have occurred from wind damage.

25.     Ohio investigated the claim and subsequently issued a denial letter to plaintiff citing several policy exclusions.

26.     Plaintiff disagreed and hired a public adjuster to assess the damages. The public adjuster issued an estimate for damages totaling $303,294, a copy of which is attached as Exhibit "B".

27.     Thus, the amount in controversy exceeds $303,294, exclusive of interest and costs.

### Conclusion

This Court has subject matter over the current case as a matter of diversity jurisdiction.  This Notice of Removal is timely filed.  The amount in controversy exceeds $75,000.00.  There is complete diversity of citizenship in this action.

WHEREFORE, Defendant Ohio Security Insurance Company prays that the above-entitled cause, currently pending in the Circuit Court of Cook County, Illinois, Case Number 2020 L 002942, styled *Ho Shing Enterprises v. Ohio Security Insurance*

*Company*, be removed to the United States District Court for the Northern District of Illinois, and that this cause proceed in this Court as an action properly so removed.

Dated: April 6, 2020

By: /s/ Marivel Montes

K. Clark Schirle (6199270)
*cschirle@butler.legal*
Marivel Montes. (*6280655*)
*mmontes@butler.legal*
BUTLER WEIHMULLER KATZ CRAIG LLP
115 South LaSalle Street, Suite 3200
Chicago, Illinois 60603
(312) 462-9200
(312) 456-0909 fax
Attorneys for Defendant. *Ohio Security Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2020, a copy of the foregoing is being filed through the CM/ECF court filing system and served on all counsel of record identified on the below Service List via Electronic Mail only.

Scott Green
The SDL Law Offices
421 West Oakdale Avenue, #6
Chicago, IL 60657
*Sgreen@sdglawoffices.com*
Attorneys for Plaintiff

/s/Marivel Montes
Marivel Montes
BUTLER WEIHMULLER KATZ CRAIG LLP
115 South LaSalle Street
Suite 3200
Chicago, IL 60603