## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ho Shing Enterprises

                              Plaintiff,

v.                                                Case No.: 1:20−cv−02163

                                                             Honorable John J. Tharp Jr.

Ohio Security Insurance Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2021:

      MINUTE entry before the Honorable Susan E. Cox: Parties informed the Court that the case has settled. Status hearing set for 2/2/2021 before Judge Cox is stricken. All matters relating to the referral of this action are resolved; case returned to the assigned judge. Referral terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.